AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT of PENNSYLVANIA

| | |
|---|---|
| Joseph Gusler, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 1:11-CV-2039 |
| Commercial Spray Installations ) | |
| *Defendant* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

[x] **the plaintiff** Joseph Gusler, et al. recover from the defendant *(name)* Commercial Spray Installations the amount of Six thousand, one hundred one dollars and ninety four cents dollars ($ 6,101.94 ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ %, along with costs.

[ ] the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* recover costs from the plaintiff *(name)* .

[ ] other:

This action was *(check one)*:

[ ] tried by a jury with Judge or Magistrate Judge _____ presiding, and the jury has rendered a verdict.

[ ] tried by Judge or Magistrate Judge _____ without a jury and the above decision

[x] decided by Judge or Magistrate Judge Chief Judge Yvette Kane on a motion for Default Judgment

Date: Jan. 23, 2012         *CLERK OF COURT*   MARY E. D'ANDREA

                            s/ Shawna L. Cihak
                            *Signature of Clerk or Deputy Clerk*